UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>              Plaintiff(s),<br><br>v.<br><br>THOMAS KLENCZAR, et al.,<br><br>              Defendant(s). | Case No. 2:16-cv-02272-RFB-NJK<br><br>ORDER<br><br>(Docket Nos. 39, 40) |

      Pending before the Court is Plaintiff's motion to extend time to send USM-285 forms to the U.S. Marshal. Docket No. 40. Also pending before the Court is Plaintiff's motion for the Court to forward USM-285 forms to the U.S. Marshal. Docket No. 39.

      On January 24, 2018, the Court ordered Plaintiff to furnish to the U.S. Marshal the required USM-285 forms within 30 days. Docket No. 37. Plaintiff now requests additional time to furnish the USM-285 forms to the U.S. Marshal. Docket No. 40. For good cause shown, the Court **GRANTS** Plaintiff's motion to extend. *Id.* Plaintiff shall have until **April 6, 2018** within which to furnish to the U.S. Marshal the required USM-285 forms. Accordingly, the Court **DENIES** Plaintiff's motion at Docket No. 39 as moot.

      IT IS SO ORDERED.

      DATED: March 2, 2018

                                                                              _____
                                                                             NANCY J. KOPPE
                                                                              United States Magistrate Judge