# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE, | Case No. 2:16-cv-02272-RFB-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 43, 44) |
| THOMAS KLENCZAR, et al., | |
| Defendant(s). | |

Pending before the Court are Plaintiff's motions for additional USM-285 forms and an extension of time to serve Defendants Joshua Bissell, Dave Boruchowitz, Mike Gray, Harry Means, and Sharon Wehrly. Docket Nos. 43, 44. Plaintiff submits that the USM-285 forms he previously provided to the U.S. Marshal were returned to him with a notice that "Court had not provided Marshal with Order or complaint." *Id.* However, summons for Defendants Bissell, Boruchowitz, Gray, Means, and Wehrly were returned executed by the U.S. Marshal on March 9, 2018. Docket No. 42. Therefore, the Court **DENIES** Plaintiff's motions as moot. Docket Nos. 43, 44.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge