# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE, | Case No. 2:16-cv-02272-RFB-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 47) |
| THOMAS KLEUCZAR, et al., | |
| Defendant. | |

Pending before the Court is the filing by Plaintiff requesting discovery pursuant to Fed.R.Civ.P. 34. Docket No. 47. Plaintiff's filing appears to be a request for discovery from Defendants. Discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. *See* Local Rule 26-8; *see also* Fed.R.Civ.P. 5(d)(1). Because the above document was filed in violation of the rules, it shall be **STRICKEN** by the Clerk.

The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket. Failure to abide by this order and the applicable rules may result in sanctions.

IT IS SO ORDERED.

DATED: March 28, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge