UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON ARTHUR ALTHEIDE,

    Plaintiff(s),

v.

THOMAS KLEUCZAR, et al.,

    Defendant(s).

Case No.: 2:16-cv-2272-RFB-NJK

**Order**

(Docket Nos. 65, 67)

Pending before the Court are Plaintiff's motions to extend copywork limit. Docket Nos. 65, 67.

An inmate has no constitutional right to free photocopying. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991). Pursuant to NDOC regulations, inmates can only accrue a maximum of $100 debt for copy work expenses for all cases. *See, e.g.*, *Weddle v. Baker*, 2014 U.S. Dist. Lexis 151674, *3 (D. Nev. Oct. 27, 2014). "In this district, courts have found that they can order a prison to extend limited photocopying when it is necessary for an inmate to provide copies to the Court and other parties." *Id.* (citing *Allen v. Clark Cnty. Det. Ctr.*, 2011 U.S. Dist. Lexis 31756 (D. Nev. Mar. 11, 2011)).

In Docket No. 65, Plaintiff submits that he "is I.F.P. and indigent and needs to be able to copy discovery for Court, defense attorney, and for personal records." Docket No. 65 at 1. In Docket No. 67, Plaintiff submits he has exhausted his allotted amount of copy expenses and, therefore, requires an extension to make copies of "pleadings, motions and supporting documents

… for courts, defense counsels, self and work copies per FRCP 5, L.R. 5.1 and L.R. 7-2." Docket No. 67 at 1 (citing to *Gluth v. Kangas*, 951 F.2d 1504 (9th Cir. 1991)). No showing has been made that additional photocopying is necessary in relation to this particular case, nor has a showing been made that other means of copying (including using carbon paper) are not available.

Accordingly, Plaintiff's motions to extend copywork limit are **DENIED**. Docket Nos. 65, 67.

IT IS SO ORDERED.

Dated: June 12, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge