UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JASON ARTHUR ALTHEIDE,

    Plaintiff(s),

v.

THOMAS KLEUCZAR, et al.,

    Defendant(s).

Case No.: 2:16-cv-2272-RFB-NJK

**Order**

(Docket Nos. 79, 83)

    Pending before the Court are Plaintiff's motion to extend the discovery cut-off and motion to compel discovery from Defendant David Boruchowitz. Docket Nos. 79, 83. The Court has considered Plaintiff's motion to extend, and Defendants' response, as well as Plaintiff's motion to compel, and Defendant Boruchowitz's response. Docket Nos. 79, 82, 83, 86. No replies to either motion were filed. The Court finds the motions properly resolved without a hearing. *See* Local Rule 78-1. For the following reasons, the Court **GRANTS** Plaintiff's motion to extend at Docket No. 79, and **DENIES** Plaintiff's motion to compel. Docket No. 83.

    Plaintiff asks the Court to compel Defendant Boruchowitz to comply with numerous requests for production of documents and provide answers to interrogatories. *Id.* at 1. Plaintiff submits that he propounded these discovery requests on May 14, 2018. *Id.* Plaintiff further submits that, when he did not receive a response after 30 days, he wrote a letter to Defendant Boruchowitz on June 21, 2018, "in an attempt to obtain" a response. *Id*. at 1, 3; *see also* Docket No. 86 at 7-8.

1

In response, Defendant Boruchowitz submits that he never received the requests for production of documents or the interrogatories. Docket No. 86 at 3. Defendant further submits that, in response to Plaintiff's June 21, 2018, letter, he sent correspondence to Plaintiff notifying him of the same and "further requested that, if Plaintiff believed that the written discovery had in fact been sent, that proof of service be provided," but to date has not received proof of service. *Id.*

Accordingly, the Court **DENIES** Plaintiff's motion to compel. Docket No. 86. The Court **GRANTS** Plaintiff's motion to extend and extends the discovery cut-off from August 1, 2018, to October 1, 2018. Docket No. 79. Plaintiff shall re-serve the discovery requests at issue on Defendant Boruchowitz within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: July 31, 2018

                                                                                         _____
                                                                                         NANCY J. KOPPE
                                                                                         United States Magistrate Judge