# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br>      Plaintiff,<br>v.<br><br>THOMAS KLENCZAR; DAVID BORUCHOWITZ; MIKE GRAY; HARRY MEANS; SHARON WEHRLY,<br><br>      Defendants. | Case No.2:16-cv-02272-RFB-NJK<br><br>***AMENDED***<br>**ORDER TO PRODUCE**<br>**JASON ARTHUR ALTHEIDE,**<br>**#1169889** |

TO:    MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    WILLIAM GITTERE, ELY STATE PRISON, ELY, NV
        UNITED STATES MARSHAL FOR THE DISTRICT OF
        NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JASON ARTHUR ALTHEIDE, #1169889,** is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall transport and produce **JASON ARTHUR ALTHEIDE, #1169889,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about July 18, 2019, at the hour of **2:00 p.m**., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JASON ARTHUR ALTHEIDE, #1169889,** is released and discharged by the said Court; and that the said **JASON ARTHUR ALTHEIDE, #1169889,**

/ / /

/ / /

shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, NV, under safe and secure conduct.

**DATED** this 20th day of June, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**