# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

JASON ARTHUR ALTHEIDE,
    Plaintiff,
v.

THOMAS KLENCZAR; DAVID BORUCHOWITZ; MIKE GRAY; HARRY MEANS; SHARON WEHRLY,

    Defendants.

Case No. 2:16-cv-02272-RFB-NJK

**ORDER TO PRODUCE JASON ARTHUR ALTHEIDE, #1169889**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JASON ARTHUR ALTHEIDE, #1169889,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JASON ARTHUR ALTHEIDE, #1169889,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about October 2, 2019, at the hour of 1:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JASON ARTHUR ALTHEIDE, #1169889,** is released and discharged by the said Court; and that the said **JASON ARTHUR ALTHEIDE,**

/ / /

/ / /

**#1169889**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 19th day of September, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**