1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **DISTRICT OF NEVADA**

6 * * *

7 JASON ARTHUR  ALTHEIDE,

Plaintiff,

8 v.

9 THOMAS KLENCZAR; DAVID
BORUCHOWITZ; MIKE GRAY; HARRY
10 MEANS; SHARON WEHRLY,

11 Defendants.

Case No.2:16-cv-02272-RFB-NJK

*AMENDED*
**ORDER TO PRODUCE
JASON ARTHUR ALTHEIDE,
#1169889**

12

13 TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON, INDIAN
14 SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
15 NEVADA AND ANY OTHER UNITED STATES MARSHAL

16

17 **THE  COURT  HEREBY  FINDS**  that  **JASON ARTHUR ALTHEIDE,**

18 **#1169889,**  is  presently  in  custody  of  the  Nevada  Department  of  Corrections,  located  at

19 High Desert State Prison, Indian Springs, Nevada.

20 **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee,

21 shall transport and produce **JASON ARTHUR ALTHEIDE, #1169889,** to the Lloyd D.

22 George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C,

23 Las Vegas, Nevada, set for  October 2, 2019, is vacated and reset for October 9, 2019 at 10:30

24 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as

25 may be ordered and directed by the Court entitled above, until the said **JASON ARTHUR**

26 **ALTHEIDE, #1169889,** is released and discharged by the said Court; and that the said

27 / / /

28 / / /

1  **JASON ARTHUR ALTHEIDE#1169889**, shall thereafter be returned to the custody

2  of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure

3  conduct.

4      **DATED** this <u>20th</u> day of September, 2019.

5  _____

6      **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28