# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br>　　　Plaintiff,<br>v.<br>THOMAS KLENCZAR; DAVID BORUCHOWITZ; MIKE GRAY; HARRY MEANS; SHARON WEHRLY,<br>　　　Defendants. | Case No.2:16-cv-02272-RFB-NJK<br><br>**ORDER TO PRODUCE**<br>**JASON ARTHUR ALTHEIDE,**<br>**#1169889** |

TO:　　MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:　　BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
　　　　UNITED STATES MARSHAL FOR THE DISTRICT OF
　　　　NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JASON ARTHUR ALTHEIDE, #1169889,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JASON ARTHUR ALTHEIDE, #1169889,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about December 11, 2019, at the hour of 11:00 a.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JASON ARTHUR ALTHEIDE, #1169889,** is released and discharged by the said Court; and that the said **JASON ARTHUR ALTHEIDE, #1169889,**

shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 14th day of November, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**