# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

JASON ARTHUR ALTHEIDE,
  Plaintiff,
v.

THOMAS KLENCZAR; DAVID BORUCHOWITZ; MIKE GRAY; HARRY MEANS; SHARON WEHRLY,

  Defendants.

Case No.2:16-cv-02272-RFB-NJK

*AMENDED*
**ORDER TO PRODUCE JASON ARTHUR ALTHEIDE, #1169889**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JASON ARTHUR ALTHEIDE, #1169889,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JASON ARTHUR ALTHEIDE, #1169889,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, that the hearing currently set for December 11, 2019, at the hour of 11:00 a.m., is vacated and reset for December 18, 2019 at 11:00 AM to attend a status hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JASON ARTHUR ALTHEIDE, #1169889,** is released and discharged by the said Court; and that the said **JASON ARTHUR ALTHEIDE, #1169889,**

shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 3rd day of December, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**