**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
   Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON ARTHUR ALTHEIDE,<br><br>               Plaintiff,<br><br>vs.<br><br>THOMAS KLENCZAR, et al.,<br><br>               Defendants. | Case Number:<br>2:16-CV-02272-RFB-NJK<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff, *pro se*; and by Defendants, through their attorney Brian R. Hardy, Esq. of Marquis Aurbach Coffing; that all of the Plaintiff's claims in the above entitled action are hereby dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated this 14 day of May, 2020

Dated this 18th day of ~~May~~ June, 2020

MARQUIS AURBACH COFFING

_____
JASON ALTHEIDE
*Pro Se*

_____
BRIAN R. HARDY, ESQ.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants Wehrly,
Means, Gray and Bissell*

MAC:11779-134 4041791_1 5/8/2020 10:13 AM

## ORDER

IT IS SO ORDERED this 18th day of June, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Submitted by:

MARQUIS AURBACH COFFING

By: _____
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorney(s) for Defendants Wehryly, Means, Gray and Bissell*

MAC:11779-134 4041791_1 5/8/2020 10:13 AM